UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-20138-CIV-MORENO

RONALD NELOMS,

    Plaintiff,

vs.

JAMES C. McDONOUGH, Secretary, Florida Department of Corrections,

    Defendant.
_____/

CLOSED CIVIL CASE

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITIONER'S WRIT OF HABEAS CORPUS PETITION

THE MATTER was referred to the Honorable Andrea M. Simonton, United States Magistrate Judge for a Report and Recommendation on Petitioner Ronald Neloms' Petition under 28 U.S.C. Section 2254 for a Writ of Habeas Corpus **(D.E. No. 1)**, filed on **January 18, 2007**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 25)** on **August 11, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Andrea M. Simonton's Report and Recommendation **(D.E. No. 25)** on **August 11, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Ronald Neloms' Petition for a Writ of Habeas Corpus is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of September, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Andrea M. Simonton

Counsel of Record

-2-